IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. __3:26-cr-608__ |
| | ) | 7 U.S.C. § 2156(b) |
| | ) | 18 U.S.C. § 49(a) |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 851 |
| v. | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 881 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| CHRISTOPHER CORBITT | ) | **INFORMATION** |
| | ) | |

COUNT 1
*(Unlawful Possession of Animals for Animal Fighting Venture)*

THE UNITED STATES ATTORNEY CHARGES:

On or about October 15, 2025, in the District of South Carolina, the Defendant, **CHRISTOPHER CORBITT**, did knowingly sell, buy, possess, train, transport, deliver, and receive animals, namely dogs, for the purpose of having the animals participate in an animal fighting venture;

In violation of Title 7, United States Code, Section 2156(b) and Title, 18, United States Code, Section 49(a)

## COUNT 2
*(Possession with Intent to Distribute Methamphetamine, Fentanyl, and Cocaine)*

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about October 15, 2025, in the District of South Carolina, the Defendant, **CHRISTOPHER CORBITT** knowingly, intentionally, and unlawfully did possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, 40 grams or more of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as "fentanyl"), and a quantity of cocaine, all Schedule II controlled substances;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 841(b)(1)(C).

2

## FORFEITURE

DRUG OFFENSES:

Upon conviction for felony violation of Title 21, United States Code as charged in this Indictment, the Defendant, **CHRISTOPHER CORBITT**, shall forfeit to the United States all of the Defendants' right, title and interest in and to any property, real and personal,

(a)     constituting, or derived from any proceeds a Defendant obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

(b)     used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code.

ANIMAL WELFARE ACT VIOLATION:

Upon conviction for violation of Title 7, United States Code, Section 2156 as charged in this Indictment, the Defendant, **CHRISTOPHER CORBITT**, shall forfeit to the United States any property, real or personal, involved in or facilitating such offense.

PROPERTY:

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for offenses charged in this Indictment includes, but is not limited to, the following:

Proceeds/Forfeiture Judgment:

A sum of money equal to all property the Defendants obtained as a result of the drug offenses charged in the Indictment, and all interest and proceeds traceable thereto as a result for their violation of 21 U.S.C. §§ 841 and 846.

Cash/United States Currency:

$22,376.00 in United States currency
Asset ID: PROP-213878

Firearms/Ammunition:

(1) Taurus, The Judge, with magazine

3

(2) Purple SCCY Cpx2 pistol

(3) Miscellaneous rounds of ammunition

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of a Defendant:

(a)    cannot be located upon the exercise of due diligence;
(b)    has been transferred or sold to, or deposited with, a third person;
(c)    has been placed beyond the jurisdiction of the Court;
(d)    has been substantially diminished in value; or
(e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of a Defendant up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Title 7, United States Code, Section 2156(f).

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:

Elle E. Klein (Fed. ID # 12941)
Lamar Fyall (Fed. ID # 13629)
Assistant United States Attorney
United States Attorney's Office
1441 Main Street, Suite 500
Columbia, SC 29201
Telephone 803-929-3000
Facsimile 803-256-0233
Elle.Klein@usdoj.gov